UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

JOHN C. KOFA
AGNES D. KOFA
                                              : Bankruptcy No. 13-11242SR
            Debtor(s)                         : Chapter 13

ORDER

AND NOW, this ___*3RD*___ day of ___*August*___, 2016, after notice and hearing, the above-caption ed case is hereby dismissed.

BY THE COURT

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL A LATZES, ESQ
LAW OFFICE/MICHAEL A LATZES,PC
1528 WALNUT ST., SUITE 700
PHILADELPHIA PA 19102

JOHN C. KOFA
AGNES D. KOFA
2710 W. CHELTENHAM AVE.
PHILADELPHIA,PA.19150-