United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 13-11242-sr
John C. Kofa                                                  Chapter 13
Agnes D. Kofa
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Aug 05, 2016
                              Form ID: pdf900           Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
```
db/jdb         +John C. Kofa,    Agnes D. Kofa,    2710 W. Cheltenham Ave.,    Philadelphia, PA 19150-1312
12969774       +Alan R. Mege, Esquire,    70 E. Broad Street,    Bethlehem, PA 18018-5916
13286831       +BSI Financial Services, Inc.,    314 South Franklin Street,    P.O. Box 517,
                 Titusville, PA 16354-0517
13288918       +BSI Financial Services, Inc.,,    servicer for Ventures Trust 2013-I-H-R,    c/o ANN E. SWARTZ,
                 123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
13017285       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13096401        HSBC Bank USA, National Association,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
12969778       +P.G.W.,    800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
12969781       +Reverse Mortgage Solutions, Inc.,    5010 Linbar Drive, Suite 100,    Attn: Bankruptcy Dept.,
                 Nashville, TN 37211-5064
13312259       #+Reverse Mortgage Solutions, Inc.,    2727 Spring Creek Drive,    Spring, TX 77373-6130
12998967        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
12969782        Water Revenue Bureau,    1401 J.F.K. Blvd.,    Attn: Bankruptcy Dept.,
                 Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2016 01:26:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2016 01:26:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:00     City of Philadelphia,
                 Law Revenue Departments,    c/o James C. Vandermark, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, MSB,    Philadelphia, PA  19102
12977402        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2016 01:29:48
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
12969776        E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:00
                 City of Philadelphia - Law Department,    One Parkway Building, 15th floor,    1515 Arch Street,
                 Philadelphia, PA 19102-1595
13042836        E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:00     City of Philadelphia Law Department,
                 Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
12969777       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 06 2016 01:26:46     Midland Credit Management,
                 8875 Aero Drive,    Attn: Bankruptcy Dept.,    San Diego, CA 92123-2255
12969780       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 06 2016 01:26:30     PECO ENERGY,
                 2301 Market Street,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19103-1380
13011314       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 06 2016 01:26:30     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13073325       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 06 2016 01:27:08     Webbank-Fingerhut,
                 6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12969775      ##+Bank of America,    475 Crosspoint Parkway,    Attn: Bankruptcy Dept.,
                 Getzville, NY 14068-1609
12969779      ##+Patrick J. Wesner, Esquire,    Milstead & Associates, Esquire,    220 Lake Drive East, Suite 301,
                 Cherry Hill, NJ 08002-1165
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: DonnaR                Page 2 of 2                  Date Rcvd: Aug 05, 2016
                              Form ID: pdf900             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R By MCM Capital Partners, LLC
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    BSI Financial Services, Inc., servicer for Ventures Trust
               2013-I-H-R ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              DAVID   NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for HSBC Bank USA,
               National Association, as Trustee for Fremont Home Loan Trust 2006-D, Mortgage-Backed
               Certificates, Series 2006-D dneeren@udren.com,    vbarber@udren.com
              DAVID H. LIPOW    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia
               vandermarkj@whiteandwilliams.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KASSIA   FIALKOFF    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Fremont Home Loan Trust 2006-D, Mortgage-Backed Certificates, Series 2006-D
               kfialkoff@duanemorris.com
              MARISA MYERS COHEN    on behalf of Creditor    BSI Financial Services, Inc., Servicer for Ventures
               Trust 2013-I-H-R mcohen@mwc-law.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              MICHAEL A. LATZES    on behalf of Joint Debtor Agnes D. Kofa efiling@mlatzes-law.com
              MICHAEL A. LATZES    on behalf of Debtor John C. Kofa efiling@mlatzes-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RYAN A. GOWER    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee
               for Fremont Home Loan Trust 2006-D, Mortgage-Backed Certificates, Series 2006-d By its Attorney
               In Face Ocwen Loan Servicing LLC sbraunstein@udren.com,    vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

JOHN C. KOFA
AGNES D. KOFA
                                                : Bankruptcy No. 13-11242SR
    Debtor(s)                                   : Chapter 13

ORDER

AND NOW, this __3RD__ day of __August__, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL A LATZES, ESQ
LAW OFFICE/MICHAEL A LATZES,PC
1528 WALNUT ST., SUITE 700
PHILADELPHIA PA 19102

JOHN C. KOFA
AGNES D. KOFA
2710 W. CHELTENHAM AVE.
PHILADELPHIA,PA.19150-