**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John C. Kofa and Agnes D. Kofa  | CHAPTER 13
      Debtor(s) |
 | BKY. NO. 13-11242 SR

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of REVERSE MORTGAGE SOLUTIONS, INC., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9510

                              Respectfully submitted,

                              **/s/Thomas Puleo, Esquire**
                              Thomas Puleo, Esquire
                              Brian C. Nicholas, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406